

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2014

No. 04-13-00558-CV

**BRUINGTON ENGINEERING, LTD.,**
Appellant

v.

**PEDERNAL ENERGY, LLC**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 7,767
Honorable Jose A Lopez, Judge Presiding

# O R D E R

Sitting:    Catherine M. Stone, Chief Justice
Karen A. Angelini, Justice
Sandee Bryan Marion, Justice
Marialyn Barnard, Justice; dissenting, with opinion to follow
Rebeca C. Martinez, Justice; dissenting
Patricia O. Alvarez, Justice
Luz Elena Chapa, Justice; dissenting

On August 27, 2014, this court issued its opinion in this appeal. Appellee Pedernal Energy, L.L.C. filed a motion for en banc reconsideration, and this court requested a response from Appellant.

Having considered Appellee's motion and Appellant's response, a majority of the en banc court votes to DENY the motion. See TEX. R. APP. P. 49.7.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of December, 2014.



Keith E. Hottle
Clerk of Court